UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAUL VAAL ACOSTA,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Respondent. | No. 2:85-cr-00261-DAD-SCR-1<br><br><u>ORDER GRANTING PETITIONER'S REQUEST FOR EXPEDITED BRIEFING SCHEDULE</u> |

  Petitioner is proceeding through counsel in this petition for writ of error coram nobis filed on May 27, 2025. (Doc. No. 9.) Currently pending before the court is petitioner's request to shorten time and to expedite briefing in this matter. (Doc. No. 11.) Petitioner subsequently filed a stipulation regarding the briefing schedule and an affidavit in support of the request. (Doc. No. 13.) In accordance with Local Rule 144(e), petitioner has provided good cause for the need to shorten time in this matter.

  Since petitioner could be entitled to the requested relief if he can establish a violation of his constitutional rights and based on the parties' stipulation, respondent is directed to file an

/////

/////

/////

/////

answer by no later than August 17, 2025.[1] Respondent shall include with the answer any and all transcripts or other documents relevant to the determination of the issues presented in the pending motion for relief. Petitioner's reply, if any, is due no later than 10 days after the government's brief is filed.

The Clerk of the Court shall serve a copy of this order, together with a copy of petitioner's writ of error coram nobis, on the Acting United States Attorney or her authorized representative.

Accordingly, IT IS HEREBY ORDERED that:

1. Pursuant to Local Rule 302(d), the referral of this matter to a Magistrate Judge is withdrawn and the District Judge retains jurisdiction for all further proceedings in this action based on compelling circumstances. Any future motions or filings shall be brought before the District Judge unless expressly referred to the assigned Magistrate Judge by the Court;

2. Petitioner's *ex parte* request for an expedited briefing schedule (Doc. No. 11) is granted based on the dates stipulated to by the parties;

3. Respondent is directed to file an answer to petitioner's writ of error coram nobis by no later than August 17, 2025 along with any relevant transcripts or exhibits;

4. Petitioner's reply, if any, is due no later than 10 days after the government's answer is filed;

5. The parties are advised that these deadlines are firm and that no extensions of time shall be granted based on the extraordinary circumstances outlined in petitioner's request to expedite briefing;

6. The coram nobis petition will be deemed submitted on the papers at the expiration of the deadlines set in this order;

/////

---

[1] The court notes, however, that petitioner the stay of petitioner's removal appears to expire on August 5, 2025. (Doc. No. 14 at ¶ 4.) Nevertheless, the parties have stipulated to allow respondent filing its answer to the petition by August 17, 2025, after the expiration of the stay of removal. (Doc. No. 13.) The court will adopt the parties' proposal in this regard. If appropriate, however, the parties may file a stipulation advancing that briefing schedule as necessary.

7. The Clerk of the Court shall serve a copy of this order, together with a copy of petitioner's writ of error coram nobis, on the Acting United States Attorney Kimberly Sanchez or her authorized representative.

IT IS SO ORDERED.

Dated: **July 18, 2025**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE