UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>v.<br><br>SAUL VALL ACOSTA,<br><br>Petitioner. | No. 2:85-cr-0261 DAD CKD P<br><br><br>ORDER |

Respondent has requested an extension of time to file a response to petitioner's petition for a writ of coram nobis. Good cause appearing, IT IS HEREBY ORDERED that:

1. Respondent's request for an extension of time (ECF No. 17) is GRANTED;

2. The opposition to petitioner's petition for writ of coram nobis and motion to dismiss filed by respondent on September 2, 2025, are deemed timely;

3. Petitioner may file a reply within 10 days. If petitioner chooses to file a reply, he may address both the opposition and motion to dismiss.

Dated: September 5, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
acos0621.111