**ERIN J. RADEKIN**
**Attorney at Law – SBN 214964**
2012 H Street, Suite 200
Sacramento, CA 95811
Telephone: (916) 504-3931
Facsimile: (916) 447-2988

Attorney for Defendant
SAUL ACOSTA-VAAL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>v.<br><br>SAUL ACOSTA-VAAL,<br><br>Petitioner. | CASE NO. 2:85-CR-00261 DAD CKD<br><br>**STIPULATION AND ORDER MODIFYING BRIEFING SCHEDULE RE: PETITIONER'S PETITION FOR WRIT OF ERROR CORAM NOBIS** |

The United States, by and through its attorney of record, Charles Campbell, and defendant Saul Acosta-Vaal, by and through his attorney of record, Erin J. Radekin, respectfully submit this stipulation and proposed order modifying the briefing schedule pertaining to Mr. Acosta-Vaal's petition for a writ of error coram nobis.

The parties agree and stipulate as follows:

1. On September 5, 2025, the Court adopted the parties' stipulation modifying the briefing schedule and the government's unopposed request for extension of time pertaining to Mr. Acosta-Vaal's petition for a writ of error coram nobis. ECF No. 25. The government timely filed its motion to dismiss and opposition on September 2, 2025, pursuant to the agreement of the parties and the Court's September 5, 2025 order. ECF Nos. 18, 25. Pursuant to the order, Mr. Acosta-Vaal's reply is due 10 days later. ECF No. 25. Hence, pursuant to the current briefing schedule, the reply is due on September

1

12, 2025.  ECF No. 25.

2. Ms. Radekin has reviewed the government's motion to dismiss and opposition and intends to file a reply; however, she needs additional time to do so.  Ms. Radekin is currently on a long-planned vacation from September 9, 2025 through September 15, 2025.  Moreover, as detailed in Mr. Acosta-Vaal's recent status report, a stay of his removal is in effect pursuant to the Ninth Circuit's recent order staying the mandate.  See ECF No. 28.  Given the stay of Mr. Acosta-Vaal's order of removal, and Ms. Radekin's need for additional time to prepare the reply brief, Ms. Radekin requests an additional two weeks to file the reply, until September 28, 2025.

3. The government does not oppose Mr. Acosta-Vaal's request.  Accordingly, the parties have agreed to modify the briefing schedule as follows: The reply brief is due on **September 28, 2025**.

IT IS SO STIPULATED.

Dated: September 12, 2025

ERIC GRANT
United States Attorney

 /s/ Charles Campbell
CHARLES CAMPBELL
Assistant United States Attorney

Dated: September 12, 2025

 /s/ Erin J. Radekin
ERIN J. RADEKIN
Counsel for Defendant
SAUL ACOSTA-VAAL

**ORDER**

IT IS SO ORDERED.

Dated:  September 16, 2025

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE