**ERIN J. RADEKIN**
**Attorney at Law – SBN 214964**
2012 H Street, Suite 200
Sacramento, CA 95811
Telephone: (916) 504-3931
Facsimile: (916) 447-2988

Attorney for Defendant
SAUL ACOSTA-VAAL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>        v.<br><br>SAUL ACOSTA-VAAL,<br><br>                Defendant. | CASE NO. 2:85-CR-00261<br><br>**ORDER RE: UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF RE: DEFENDANT'S PETITION FOR WRIT OF ERROR CORAM NOBIS** |

      GOOD CAUSE APPEARING, and for the reasons set forth in the accompanying Unopposed Motion for Extension of Time to File Reply Brief Re: Defendant's Petition for Writ of Error Coram Nobis, the Court grants Mr. Acosta-Vaal's request to extend the deadline by which to file his reply to the government's motion to dismiss (ECF No. 19) and opposition (ECF No. 20) to defendant's petition for a writ of error coram nobis (ECF No. 9). Accordingly, the reply brief is now due **October 20, 2025.**

      IT IS SO ORDERED

Dated:
October 1, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE